UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COURTNEY WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 18-9443 |
| DARRYL VANNOY | SECTION "J"(2) |

## **ORDER**

The Court, having considered the petition, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Courtney Williams's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 14th day of January, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE